■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TREVOR HINDS, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (West, J.), rendered September 10, 1991, convicting him of criminal possession of. a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Sullivan, O'Brien, Ritter and Pizzuto, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT HINTON, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Kuffner, J.), rendered August 9, 1990, convicting him of murder in the second degree and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, we find that the trial court's evidentiary rulings were proper in all respects. The sentence was appropriate *(see, People v Suitte,* 90 AD2d 80). The defendant's remaining contention is unpreserved for appellate review (CPL 470.05 [2]). Bracken, J. P., Sullivan, Balletta and Copertino, JJ., concur.